# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Cynthia Katherine Zahn § Case No. 15-32088
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/21/2015 . The undersigned trustee was appointed on 09/21/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   12,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 181.00 |
   | Bank service fees | 70.62 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 11,748.38 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  05/06/2016  and the deadline for filing governmental claims was  05/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.76 , for total expenses of $ 47.76 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  11/21/2016          By:/s/Zane L. Zielinski  
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-32088 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Cynthia Katherine Zahn | | | | Date Filed (f) or Converted (c): | 09/21/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 11/21/2016 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 2. Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, DVDs, Tapes/Records, Family Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401K w/ Employer - 100% Exempt. | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 2010 Chevrolet HHR | 4,741.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Nissan Rogue | 13,088.00 | 0.00 | | 0.00 | FA |
| 12. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 13. 739 IL Route 143, Pocahontas, IL  62275 (u) | 16,000.00 | 12,000.00 | | 12,000.00 | FA |
| INT. Void - Duplicate | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $41,629.00 | $12,000.00 | | $12,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Used household goods; TV, DVD player, TV Stand, sleeper sofa, vacuum, recliner chair, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/fatware, pots/pans, rugs. |
| RE PROP # | 3 | -- | (NPMSI) |
| RE PROP # | 4 | -- | TVs |
| RE PROP # | 10 | -- | Ex-Husband Kevin Nhoff drives and pays pursuant to divorce decree. |
| RE PROP # | 13 | -- | 1/5 interest as joint tenant with Lester Drake, Bradley.  The Value of the property is scheduled at $80,000, and her interest in the property is listed at $16,000. |
| RE PROP # | 9999 | -- | Duplicate assset glitch. |

Initial Projected Date of Final Report (TFR): 01/31/2017        Current Projected Date of Final Report (TFR): 01/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-32088 | Trustee Name: Zane L. Zielinski |
| Case Name: Cynthia Katherine Zahn | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4651 |
| | Checking |
| Taxpayer ID No: XX-XXX3958 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | 13 | Cynthia K. Bernard | Settlement Payment on Joint Real Estate | 1210-000 | $12,000.00 | | $12,000.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.84 | $11,982.16 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.81 | $11,964.35 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.21 | $11,947.14 |
| 11/03/16 | 5001 | Illinois Department of Revenue (Tax) PO Box 19053 Springfield, IL 62794-9053 | 2016 Taxes | 2820-000 | | $181.00 | $11,766.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.76 | $11,748.38 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,000.00 | $251.62 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $251.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $251.62 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals:  $12,000.00  $251.62

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4651 - Checking | $12,000.00 | $251.62 | $11,748.38 |
|  | $12,000.00 | $251.62 | $11,748.38 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-32088  
Debtor Name: Cynthia Katherine Zahn  
Claims Bar Date: 5/6/2016  

Date: November 21, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,950.00 | $1,950.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $47.76 | $47.76 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | Income Tax on Trustee's recover of funds. | $0.00 | $181.00 | $181.00 |
| 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $1,976.20 | $1,976.20 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $44.04 | $44.04 |
| 1 300 7100 | Cleco Power Llc<br>2030 Donahue Ferry Rd<br>Pineville, La 71360-5226 | Unsecured | | $372.00 | $372.48 | $372.48 |
| 2 300 7100 | Ameren Missouri<br>Bankruptcy Desk Code 310<br>P O Box 66881<br>St Louis, Mo 63166-6881 | Unsecured | | $498.00 | $498.15 | $498.15 |
| 3 300 7100 | World Finance Corporation<br>World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>Po Box 6429<br>Greenville, Sc 29606 | Unsecured | | $1,755.00 | $1,304.22 | $1,304.22 |
| 4 300 7100 | Healthmart Pharmacy<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | | $88.00 | $124.86 | $124.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-32088  
Debtor Name: Cynthia Katherine Zahn  
Claims Bar Date: 5/6/2016  
Date: November 21, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | American Infosource Lp As Agent For Verizon Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $555.38 | $555.38 |
| 6 300 7100 | American Infosource Lp As Agent For T Mobile/T-Mobile Usa Inc Po Box 248848 Oklahoma City, Ok 73124-8848 | Unsecured | | $860.00 | $860.88 | $860.88 |
| 7 300 7100 | Mfg Financial Po Box 526262 Salt Lake City,Ut 84152 | Unsecured | | $10,500.00 | $10,562.97 | $10,562.97 |
| | Case Totals | | | $14,073.00 | $18,477.94 | $18,477.94 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: November 21, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-32088
Case Name: Cynthia Katherine Zahn
Trustee Name: Zane L. Zielinski

| | | | |
|---|---|---|---|
| Balance on hand | | $ | 11,748.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: Zane L. Zielinski | $ 47.76 | $ 0.00 | $ 47.76 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,976.20 | $ 0.00 | $ 1,976.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 44.04 | $ 0.00 | $ 44.04 |
| Other: Illinois Department of Revenue | $ 181.00 | $ 181.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,018.00 |
| Remaining Balance | $ 7,730.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,278.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cleco Power Llc | $ 372.48 | $ 0.00 | $ 201.65 |
| 2 | Ameren Missouri | $ 498.15 | $ 0.00 | $ 269.69 |
| 3 | World Finance Corporation | $ 1,304.22 | $ 0.00 | $ 706.08 |
| 4 | Healthmart Pharmacy | $ 124.86 | $ 0.00 | $ 67.60 |
| 5 | American Infosource Lp As Agent For | $ 555.38 | $ 0.00 | $ 300.67 |
| 6 | American Infosource Lp As Agent For | $ 860.88 | $ 0.00 | $ 466.07 |
| 7 | Mfg Financial | $ 10,562.97 | $ 0.00 | $ 5,718.62 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,730.38 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE