# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Cynthia Katherine Zahn,** | Bankruptcy No. 15-32088 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #40)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on December 8, 2016.

Dated: December 8, 2016

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Cynthia Katherine Zahn,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros**    patrickmeszaros@yahoo.com

## MANUAL SERVICE LIST

| | |
|---|---|
| Cleco Power Llc<br>2030 Donahue Ferry Rd<br>Pineville, La 71360-5226 | American Infosource Lp As Agent For<br>Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 |
| Ameren Missouri<br>Bankruptcy Desk Code 310<br>P O Box 66881<br>St Louis, Mo 63166-6881 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 |
| World Finance Corporation<br>World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>Po Box 6429<br>Greenville, Sc 29606 | Mfg Financial<br>Po Box 526262<br>Salt Lake City,Ut 84152 |
| Healthmart Pharmacy<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | **Cynthia Katherine Zahn**<br>305 Twilight Drive<br>Morris, IL 60450 |
| | |