# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Cynthia Katherine Zahn | § | Case No. 15-32088 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 16,429.00
(*Without deducting any secured claims*)

Assets Exempt: 9,200.00

Total Distributions to Claimants: 7,730.38

Claims Discharged
Without Payment:   65,011,124,832.56

Total Expenses of Administration:  4,269.62

3) Total gross receipts of $ 12,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 25,899.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,269.62 | 4,269.62 | 4,269.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,508.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,011,104,950.00 | 14,278.94 | 14,278.94 | 7,730.38 |
| **TOTAL DISBURSEMENTS** | $ 65,011,132,357.00 | $ 18,548.56 | $ 18,548.56 | $ 12,000.00 |

4)  This case was originally filed under chapter 7 on  09/21/2015 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/20/2017                        By:/s/Zane L. Zielinski, Trustee
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 739 IL Route 143, Pocahontas, IL  62275 | 1210-000 | 12,000.00 |
| TOTAL GROSS RECEIPTS | | $ 12,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Heights Finance CORP # | | 1,700.00 | NA | NA | 0.00 |
| 2 | Nissan Motor Acceptanc | | 18,675.00 | NA | NA | 0.00 |
| 3 | Santander Consumer USA | | 5,524.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 1532 Creek Dr | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attn: Bankruptcy Dept. 306 E High St | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 660360 | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 961245 | | 0.00 | NA | NA | 0.00 |
| | Dallas TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Ft Worth TX 76161 | | 0.00 | NA | NA | 0.00 |
| | Morris IL 60450 | | 0.00 | NA | NA | 0.00 |
| | Morris IL 60450 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 25,899.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 47.76 | 47.76 | 47.76 |
| Associated Bank | 2600-000 | NA | 70.62 | 70.62 | 70.62 |
| Illinois Department of Revenue | 2820-000 | NA | 181.00 | 181.00 | 181.00 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,976.20 | 1,976.20 | 1,976.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 44.04 | 44.04 | 44.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,269.62 | $ 4,269.62 | $ 4,269.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Illinois Department of Revenue Bankruptcy Department PO Box 19044 Springfield IL 62794-9044 Acct #: | | 1,508.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,508.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ??? | | 0.00 | NA | NA | 0.00 |
| | 1 ABC Credit & Recovery Attn: Bankruptcy Dept. 4736 Main St Ste 4 Lisle IL 60532 | | 30.00 | NA | NA | 0.00 |
| | 10 Charter Com 25954 Eden Landing Rd Hayward CA 94545 | | 87.00 | NA | NA | 0.00 |
| | 11 Charter Communications C/O Eastern Account System 75 Glen Rd Ste 110 Sandy Hook CT 06482 : 00000000028977300 12 Check Into Cash Bankruptcy Dept 201 Keith St, Suite 80 Cleveland TN 37311 | | 87,720.00 | NA | NA | 0.00 |
| | 13 Choice Recovery Attn: Bankruptcy Dept. 1550 Old Henderson Rd St Columbus OH 43220 : 13998190 14 Cleco 2030 Donahue Ferry Rd Ball LA 71360 | | 341,372.00 | NA | NA | 0.00 |
| | 16 Clinics, LTD Bankruptcy Dept P.O. Box 20790 Columbus OH 43220 | | 341.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 COLLECTION PROF/Lasal Attn: Bankruptcy Dept. 723 1St St La Salle IL 61301 :  651863 18 Comcast Bankruptcy Department PO Box 3002 Southeastern PA 19398 | | 127,711.00 | NA | NA | 0.00 |
| | 19 Consumer Collection MN Attn: Bankruptcy Dept. 2333 Grissom Dr Saint Louis MO 63146 :  6990280 20 Cowley College 125 S 2nd St Arkansas City KS 67005 | | 4,761,563.00 | NA | NA | 0.00 |
| | 2 Account Control Bureau Attn: Bankruptcy Dept. 850 Olive St Ste A Shreveport LA 71104 | | 346.00 | NA | NA | 0.00 |
| | 22 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 152.00 | NA | NA | 0.00 |
| | 23 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 143.00 | NA | NA | 0.00 |
| | 233 Grissom Drive | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 24 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 : E20520I33573 25 Deer Path 1051 Route 6 Morris IL 60450 : 26 Delta Pathology 6007 Financial Plaza, Suite 205 Shreveport LA 71129 | | 100,638,346.00 | NA | NA | 0.00 |
| | 27 DISH Network C/O Stellar Recovery INC 4500 Salisbury Rd Ste 10 Jacksonville FL 32216 :  15660349 28 Dr Lawton 415 E. Main St. Streator IL 61364 | | 105,152.00 | NA | NA | 0.00 |
| | 29 Dr. Allen 415 E. Main St. Streator IL 61364 | | 143.00 | NA | NA | 0.00 |
| | 3 Account Resolution COR Attn: Bankruptcy Dept. 700 Goddard Ave Chesterfield MO 63005 | | 430.00 | NA | NA | 0.00 |
| | 30 Dr. Wells 4736 Main St Lisle IL 60532 : 31 Edward Hospital Attn: Bankruptcy Department 801 S. Washington st. Naperville IL 60566 | | 3,099.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 32 Epic Group 150 W. High St. Morris IL 60450 : 33 Grundy County Pain Center PO box 668 Germantown WI 53022 : 34 Health Mart 723 1st St LaSalle IL 61301 : 35 Healthcare Centers 25259 S. Reed St. Channahon IL 60410 : 36 Heights Finance Bankruptcy Department | | 0.00 | NA | NA | 0.00 |
| | 38 Ice Mountain Water Bankruptcy Department PO Box 52214 Phoenix AZ 85072-2214 | | 362.00 | NA | NA | 0.00 |
| | 39 Laboratory Corp. of America Bankruptcy Department PO Box 8015 Burlington NC 27216-8015 : 40 Lighthouse Financial Bankruptcy Department PO Box 18512 Tampa FL 33679 | | 81,974.00 | NA | NA | 0.00 |
| | 41 Lighthouse Financial V C/O MFG Financial INC Po Box 526262 Salt Lake City UT 84152 | | 1,450.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 42 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 74.00 | NA | NA | 0.00 |
| | 43 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 99.00 | NA | NA | 0.00 |
| | 44 Midstate Collection SO Attn: Bankruptcy Dept. Po Box 3292 Champaign IL 61826 :  417185657537 45 MiraMed Revenue Group Bankruptcy Department Dept. 77304, PO Box 77000 Detroit MI 48277 : 46 MiraMed Revenue Group Bankruptcy Department Dept. 77304, PO Box 7 | | 63,814,016,525.00 | NA | NA | 0.00 |
| | 48 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 67.00 | NA | NA | 0.00 |
| | 49 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 88.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Ameren UE Bankruptcty Dept P.O. Box 790352 Saint Louis MO 63179 | | 498.00 | NA | NA | 0.00 |
| | 50 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 100.00 | NA | NA | 0.00 |
| | 51 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 152.00 | NA | NA | 0.00 |
| | 52 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 230.00 | NA | NA | 0.00 |
| | 53 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 522.00 | NA | NA | 0.00 |
| | 54 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 : 55 Omega RMS Inc. 7505 NW Tiffany Pkwy Kansas City MO 64153 : 56 Peoples Trust 777 Walker Street Houston TX 77002 | | 592,230,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 57 Peoples Trust Federal Attn: Bankruptcy Dept. 777 Walker St Ste 2400 Houston TX 77002 :  10000007192370120 58 Provena Bankruptcy Department 500 West Court Kankakee IL 60901 | | 275,600.00 | NA | NA | 0.00 |
| | 59 Provena Bankruptcy Department 500 West Court Kankakee IL 60901 | | 2,400.00 | NA | NA | 0.00 |
| | 6 Anesthesia Consultants 1460 Renaissance  Dr Park Ridge IL 60068 | | 81.00 | NA | NA | 0.00 |
| | 60 Rezin Orthopedics 15728 IL-59 Plainfield IL 60544 | | 333.00 | NA | NA | 0.00 |
| | 6007 Financial Plaza Suite 205 Shreveport LA 71129 | | 0.00 | NA | NA | 0.00 |
| | 61 Signature Health Inc. 38882 Mentor Avenue Kirtland OH 44094 | | 477.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 62 Slidell Memorial Hospital 1101 Gause Blvd. Slidell North Shore LA 70458 : 63 SLU Care 3660 Vista Ave. Saint Louis MO 63110 : 64 Sound Health Services 6400 Clayton Rd. Suite 405 Richmond Heights MO 63117 | | 496,838,430.00 | NA | NA | 0.00 |
| | 65 St. Clare Medical Center Attn: Bankruptcy Department 1710 Lafayette Rd. Crawfordsville IN 47933 | | 149.00 | NA | NA | 0.00 |
| | 66 Stellar Recovery Inc. Bankruptcy Department 1327 Highway 2 W, Ste. 100 Kalispell MT 59901 : 67 T-Mobile Bankruptcy Department PO Box 742596 Cincinnati OH 45274-2596 | | 1,051,521.00 | NA | NA | 0.00 |
| | 68 TXU Energy Attn: Bankruptcy Dept. 200 W John Carpenter Fwy Irving TX 75039 : 1000169756711438 69 Verizon Wireless Bankruptcy Department PO Box 3397 Bloomington IL 61702 | | 388,567.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 AT T C/O Afni, INC. Po Box 3097 Bloomington IL 61702 :  1045490964 8 AT&T Attn: Bankruptcy Dept. PO Box 8212 Aurora IL 60572-8212 | | 134,134.00 | NA | NA | 0.00 |
| | 700 goddard Ave Wildwood MO 63005 | | 0.00 | NA | NA | 0.00 |
| | 9 ATT C/O I C System INC Po Box 64378 Saint Paul MN 55164 | | 134.00 | NA | NA | 0.00 |
| | Account Control Bureau | | 0.00 | NA | NA | 0.00 |
| | Account Resolution | | 0.00 | NA | NA | 0.00 |
| | Afni, Inc. Bankruptcy Dept. PO Box 3427 Bloomington IL 61702 | | 0.00 | NA | NA | 0.00 |
| | Caine & Weiner Bankruptcy Dept. PO Box 5010 Woodland Hills CA 91365 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CDA/Pontiac Bankruptcy Dept. 415 E. Main St. Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Choice Recovery | | 0.00 | NA | NA | 0.00 |
| | Consumer Adjustment Company Bankruptcy Dept. 12855 Tesson Ferry Rd., #200 St. Louis MO 63128 | | 0.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp. Bankruptcy Dept. 8014 Bayberry Road Jacksonville FL 32256 | | 0.00 | NA | NA | 0.00 |
| | MidState Collection Solutions Bankruptcy Dept. PO Box 3292 Champaign IL 61826 | | 0.00 | NA | NA | 0.00 |
| | PO Box 20790 Columbus OH 43220 | | 0.00 | NA | NA | 0.00 |
| | PO box 526262 Salt Lake City UT 84152 | | 0.00 | NA | NA | 0.00 |
| | Stellar Recovery Inc. Bankruptcy Dept. 1327 Highway 2 W, Ste. 100 Kalispell MT 59901 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ameren Missouri | 7100-000 | 498.00 | 498.15 | 498.15 | 269.69 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 555.38 | 555.38 | 300.67 |
| 6 | American Infosource Lp As Agent For | 7100-000 | 860.00 | 860.88 | 860.88 | 466.07 |
| 1 | Cleco Power Llc | 7100-000 | 372.00 | 372.48 | 372.48 | 201.65 |
| 4 | Healthmart Pharmacy | 7100-000 | 88.00 | 124.86 | 124.86 | 67.60 |
| 7 | Mfg Financial | 7100-000 | 10,500.00 | 10,562.97 | 10,562.97 | 5,718.62 |
| 3 | World Finance Corporation | 7100-000 | 1,755.00 | 1,304.22 | 1,304.22 | 706.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 65,011,104,950.00** | **$ 14,278.94** | **$ 14,278.94** | **$ 7,730.38** |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-32088 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Cynthia Katherine Zahn | | | | Date Filed (f) or Converted (c): | 09/21/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 02/21/2017 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 2.  Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Books, CDs, DVDs, Tapes/Records, Family Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6.  Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7.  Earrings, watch, costume jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 8.  Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 9.  401K w/ Employer - 100% Exempt. | 4,000.00 | 0.00 | | 0.00 | FA |
| 10.  2010 Chevrolet HHR | 4,741.00 | 0.00 | | 0.00 | FA |
| 11.  2013 Nissan Rogue | 13,088.00 | 0.00 | | 0.00 | FA |
| 12.  Dog | 0.00 | 0.00 | | 0.00 | FA |
| 13.  739 IL Route 143, Pocahontas, IL  62275 (u) | 16,000.00 | 12,000.00 | | 12,000.00 | FA |
| INT.  Void - Duplicate | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $41,629.00 | $12,000.00 | | $12,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Used household goods; TV, DVD player, TV Stands, sweeper, vacuum cleaner, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/fatware, pots/pans, rugs. |
| RE PROP # | 3 | -- | (NPMSI) |
| RE PROP # | 4 | -- | TVs |
| RE PROP # | 10 | -- | Ex-Husband Kevin Nhoff drives and pays pursuant to divorce decree. |
| RE PROP # | 13 | -- | 1/5 interest as joint tenant with Lester Drake, Bradley.  The Value of the property is scheduled at $80,000, and her interest in the property is listed at $16,000. |
| RE PROP # | 9999 | -- | Duplicate assset glitch. |

Initial Projected Date of Final Report (TFR): 01/31/2017          Current Projected Date of Final Report (TFR): 01/31/2017

Exhibit 9

| Case No: 15-32088 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Cynthia Katherine Zahn | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4651 |
| | Checking |
| Taxpayer ID No: XX-XXX3958 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | 13 | Cynthia K. Bernard | Settlement Payment on Joint Real Estate | 1210-000 | $12,000.00 | | $12,000.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.84 | $11,982.16 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.81 | $11,964.35 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.21 | $11,947.14 |
| 11/03/16 | 5001 | Illinois Department of Revenue (Tax) PO Box 19053 Springfield, IL 62794-9053 | 2016 Taxes | 2820-000 | | $181.00 | $11,766.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.76 | $11,748.38 |
| 01/13/17 | 5002 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,997.76 | $9,750.62 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,950.00) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($47.76) | 2200-000 | | |
| 01/13/17 | 5003 | Alan D. Lasko & Associates P.C. | Distribution | | | $2,020.24 | $7,730.38 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($1,976.20) | 3410-000 | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($44.04) | 3420-000 | | |
| 01/13/17 | 5004 | Cleco Power Llc 2030 Donahue Ferry Rd Pineville, La 71360-5226 | Final distribution to claim 1 representing a payment of 54.14 % per court order. | 7100-000 | | $201.65 | $7,528.73 |

|  |  |  | Page Subtotals: | | $12,000.00 | $4,471.27 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-32088 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Cynthia Katherine Zahn | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4651 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3958 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/21/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/13/17 | 5005 | Ameren Missouri<br>Bankruptcy Desk Code 310<br>P O Box 66881<br>St Louis, Mo 63166-6881 | Final distribution to claim 2 representing a payment of 54.14 % per court order. | 7100-000 | | $269.69 | $7,259.04 |
| 01/13/17 | 5006 | World Finance Corporation<br>World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>Po Box 6429<br>Greenville, Sc 29606 | Final distribution to claim 3 representing a payment of 54.14 % per court order. | 7100-000 | | $706.08 | $6,552.96 |
| 01/13/17 | 5007 | Healthmart Pharmacy<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 4 representing a payment of 54.14 % per court order. | 7100-000 | | $67.60 | $6,485.36 |
| 01/13/17 | 5008 | American Infosource Lp As Agent For<br>Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 5 representing a payment of 54.14 % per court order. | 7100-000 | | $300.67 | $6,184.69 |
| 01/13/17 | 5009 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution to claim 6 representing a payment of 54.14 % per court order. | 7100-000 | | $466.07 | $5,718.62 |
| 01/13/17 | 5010 | Mfg Financial<br>Po Box 526262<br>Salt Lake City,Ut 84152 | Final distribution to claim 7 representing a payment of 54.14 % per court order. | 7100-000 | | $5,718.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,528.73 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4651 - Checking | $12,000.00 | $12,000.00 | $0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals:                    $0.00         $0.00